

FILED

11/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0553

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0553

_____

WESLEY W. CHARLO,

Petitioner,

v.

SHERIFF T.J. MCDERMOTT,
MISSOULA COUNTY DETENTION CENTER,

Respondent.

_____

**FILED**

NOV 1 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Wesley W. Charlo has filed a Petition for Writ of Habeas Corpus, explaining that his first two felonies are fourteen years apart and that he should not have received a 2012 conviction for failure to register as a violent offender, pursuant to *State v. Sedler*, 2020 MT 246, 401 Mont. 437, 473 P.3d 406. *See also* § 46-23-506, MCA (1995). Charlo contends that he was not convicted of a felony from May 1997 through May 2007, yet the Lake County District Court concludes that he had four felonies during that window. We located judgments for Charlo's sentences upon revocation imposed in 2000, 2004, and 2005. We amend the caption to indicate where Charlo is currently incarcerated and by whom. Sections 46-22-201(1)(c), and 46-22-205(1), MCA. Upon review, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for writ of habeas corpus together with any appropriate documentary exhibits.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner personally.

DATED this 12th day of November, 2021.

_____
Justice